**THIS ORDER IS SIGNED AND ENTERED.**

Dated: April 08, 2005

_____
Hon. Robert D. Martin
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

In Re:
RICHARD ORLIN BREWER and
DARLENE JOY BREWER
                 Debtors.         Case No. 04-16108

ORDER

Upon motion of the Debtors,

It is hereby ordered that the Debtor's above titled Chapter 13 case be dismissed.

# # #